

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00351-CR

Delton Lenard **GREEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7767
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The State's second motion for extension of time to file its brief is GRANTED. The State's brief is due on February 12, 2018. **No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court